**Order entered June 9, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01526-CV

**JOHNNY SPENCER, Appellant**

**V.**

**DALLAS CENTRAL APPRAISAL DISTRICT, Appellee**

**On Appeal from the Dummy Number**
**Dallas County, Texas**
**Trial Court Cause No.**

# ORDER

We **DENY** appellant's motion to stay the mandate.


/s/     DAVID EVANS
          JUSTICE